# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136003

ANTHONY MICHAEL FLINT,

      Plaintiff-Appellant,

v

                                    SC: 136003
                                      CoA: 280900

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.

_____

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of March 24, 2008, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2008

                                                Clerk

jm